Núm. 8515.—Jiménez, apldo. v. Berríos, Etc., apltes. y Guzmán.—C. D. Humacao. ▆▆▆▆▆ Abril 10, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada presentó el 13 de marzo de 1942 una moción jurada solicitando la desestimación del recurso en este caso de desahucio por no haberse prestado por el apelante la fianza que ordena la ley, moción que fué notificada a la parte apelante, y

Por cuanto, señalada la vista de la moción para el 6 de abril, 1942, se notificó el señalamiento a ambas partes y el día de la vista sólo compareció la apelada, y

Por cuanto, el artículo 631 del Código de Enjuiciamiento Civil, ed. 1933, exige la prestación de una fianza para apelar en casos de esta naturaleza, fianza que no prestó el apelante:

Por tanto, se declara con lugar la moción y en su consecuencia se desestima el recurso.